# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 12, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133986(48)

CARL STONE and NANCY STONE,
      Plaintiffs-Appellees,

v

DAVID A. WILLIAMSON, M.D., JACKSON
RADIOLOGY CONSULTANTS, P.C., and
W.A. FOOTE MEMORIAL HOSPITAL,
      Defendants-Appellants.
_____

SC: 133986
COA: 265048
Jackson CC: 03-001912-NH

      On order of the Chief Justice the motion by Michigan Health & Hospital Association for extension to December 3, 2007 of the time for filing their brief *amicus curiae* is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 12, 2007

_____
Clerk